# 821528 CASE DOCKET BOOK

P1  ROACH , HARRY A MD
D1 METAIRIE PHYSICIAN SERVICES INC
D2 METAIRIE PHYSICIAN SERVICES INC BASIC HEALTH PLAN
D3 EAST JEFFERSON GENERAL HOSPITAL FOUNDATION

| DATE | LIT | DESCRIPTION |
|---|---|---|
| 10/04/2021 | P1 | **FILE PETITION**:FOR DAMAGES |
| 10/04/2021 21T9WD | P1 | **JUDICIAL EXPENSE FUND** |
| 10/04/2021 21T9WE | P1 | **BUILDING FEE FUND** |
| 10/04/2021 21T9WF | P1 | **COURT REPORTER FEE** |
| 10/04/2021 21T9WG | P1 | **INITIALIZATION FEE** |
| 10/04/2021 21T9WH | P1 | **INDEXING FEE** |
| 10/04/2021 21T9WJ | P1 | **LEGAL ASSISTANCE PROGRAM - COURT** |
| 10/04/2021 21T9WK | P1 | **LEGAL ASSISTANCE PROGRAM – CLERK** |
| 10/04/2021 21T9WL | P1 | **LA JUDICIAL COLLEGE FUND** |
| 10/04/2021 21TBA7 | P1 | **DEPOSIT**:LARRY A ROACH INC/ B ROACH |
| 10/04/2021 21TE25 | P1 | **JUDGES SUPPLEMENTAL COMPENSATION FUND** : |
| 10/04/2021 21T9UX | P1 | **INDEXING FEE** |
| 10/04/2021 21TADQ | P1 | **CIVIL CASE PROCESSING FEE - JUDICIAL ADMINISTRATOR** |
| 10/04/2021 21TADR | P1 | **CIVIL CASE PROCESSING FEE - CLERK** |
| 10/07/2021 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 10/07/2021 21TPM2 | P1 | **CLERK FEE FOR RETURN**:101 ISSUE CITATION |
| 10/07/2021 21TPM5 | P1 | **CERTIFICATION OF COPY** :PETITION FOR DAMAGES / SERVICE |
| 10/08/2021 | P1 | **CIVIL CASE COVER SHEET - LA RS 13:4688** |
| 10/13/2021 | P1 | **RETURN**:SHERIFF JEFFERSON PARISH - ISSUE CITATION **ID:**211007-2348-1 **TO:**EAST JEFFERSON GENERAL HOSPITAL FOUNDATION **SERVICE:**PERSONAL 10/11/2021 |
| 10/27/2021 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**211007-2347-3 **TO:**METAIRIE PHYSICIAN SERVICES INC **SERVICE:**PERSONAL 10/18/2021-CT CORPORATION |

EXHIBIT A

| | | |
|---|---|---|
| HARRY A. ROACH, M.D. | : | 24TH JUDICIAL DISTRICT COURT |
| VS. NO: 821-528 | : | PARISH OF JEFFERSON |
| METAIRIE PHYSICIAN SERVICES, INC., ET AL | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____ DEPUTY CLERK |

## PETITION FOR DAMAGES

The petition of **HARRY A. ROACH, M.D.**, domiciled and doing business in, Orleans Parish, Louisiana, with respect represents that:

1.

**METAIRIE PHYSICIAN SERVICES, INC.,** (referred herein as MPSI and as Metairie Physician Services, Inc. Basic Health Plan) a domestic corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816, and **EAST JEFFERSON GENERAL HOSPITAL FOUNDATION**, a domestic non-profit corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service, Tammy Schulz, 4200 Houma Boulevard, Metaire, Louisiana, 70001, are made defendants in this action, and are justly and truly indebted unto petitioner for the reasons set forth herein below.

2.

Plaintiff is a cardiovascular surgeon at East Jefferson General Hospital. His primary employer is Metairie Physician Services and his secondary employer is East Jefferson General Hospital. Through said employment he was provided with health insurance coverage through **METAIRIE PHYSICIAN SERVICES, INC., (MPSI)** referred to as the Metairie Physician Services, Inc. Basic Health Plan. The Metairie Physician Services, Inc. Basic Health Plan is a Non-ERISA self-funded Plan. There was an assignment of Dr. Roach's employment contract to **EAST JEFFERSON GENERAL HOSPITAL.**

3.

On October 2, 2020, plaintiff underwent right rotator cuff reconstructive surgery at Tulane Lakeside Hospital in Metairie, Jefferson Parish, Louisiana, and incurred medical

expenses associated with the surgery, including but not limited to those medical expenses with Dr. Felix Savoie, Tulane Lakeside Hospital, and Parish Anesthesia Associates. Defendant(s) denied the claims for the medical services provided to plaintiff in relation to this surgery. Plaintiff is entitled to recover his medical expenses and other damages as a result of this denial by the defendant(s).

4.

Insurance claims for these expenses were submitted for payment and were denied on the basis that they were "Out-of-Network" or "not a contracted provider with the MPSI Network".

5.

Plaintiff appealed Defendant's denial of coverage and furnished supporting documentation justifying the circumstances necessary for the "out of network" services of Dr. Felix Savoie and Tulane University Hospital. It was the opinion of two orthopedic surgical specialists / experts that there were no "in network" orthopedic surgeons who met the needed criteria for plaintiff's reconstructive surgery. Namely, Dr. Melvin Parnell (an "in-network" provider) who initially treated plaintiff and then referred plaintiff to Dr. Felix Savoie of the Tulane Orthopedic Surgery Department for the recommended surgery, and Dr. Felix Savoie, who performed the surgery.

6.

Defendant, **METAIRIE PHYSICIAN SERVICES, INC.**, contracted with Petitioner, and had in effect at the time of the surgery described hereinabove, a Basic Health Plan and/or a Non-ERISA self-funded Plan, which provided medical coverage under which **METAIRIE PHYSICIAN SERVICES, INC.** and/or it controlling authority **EAST JEFFERSON GENERAL HOSPITAL FOUNDATION** is bound to pay for medical special damages of the nature as those sustained by the Plaintiff.

7.

Petitioner has repeatedly continued his request for payment of his medical expenses to no avail.

8.

Defendant, **METAIRIE PHYSICIAN SERVICES, INC., and/or EAST JEFFERSON GENERAL HOSPITAL FOUNDATION** have arbitrarily and capriciously failed to pay the claim despite satisfactory proof. As a result of this arbitrary and capricious failure to pay Plaintiff's claim, Defendant is subjected to any and all penalties recoverable pursuant to Louisiana law.

9.

The rights of the petitioner arise out of the activities of **METAIRIE PHYSICIAN SERVICES, INC. and/or EAST JEFFERSON GENERAL HOSPITAL FOUNDATION** which occurred within the State of Louisiana, Parish of Jefferson, and this court therefore has jurisdiction over the defendants as to the claims asserted herein and further is a proper venue for these claims.

WHEREFORE, premises considered petitioner prays that:

I. Defendants, **METAIRIE PHYSICIAN SERVICES, INC., and EAST JEFFERSON GENERAL HOSPITAL FOUNDATION** each be duly served with a copy of this petition and cited to appear and answer hereto;

II. That after the lapse of all legal delays and due proceedings had, there by judgment herein in favor of the petitioner, and against defendants, **METAIRIE PHYSICIAN SERVICES, INC., and/or EAST JEFFERSON GENERAL HOSPITAL FOUNDATION** for petitioner's damages in amounts reasonable in these premises, considering petitioner's losses, including penalties and attorneys fees with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings;

For all necessary orders and decrees as may be required and proper in these premises and for full, general and equitable relief.

Respectfully Submitted

BY HIS ATTORNEY,

/s/ Barry A. Roach

BARRY A. ROACH
La. Bar Roll No. 21, 838
LARRY A. ROACH, INC.
2917 Ryan Street
Lake Charles, LA 70601
(337) 433-8504

Please serve defendants identified in Paragraph 1

EBR-47322
@ 39:36

# Larry A. Roach, Inc.
A Professional Law Corporation
2917 Ryan Street
Lake Charles, Louisiana 70601
Telephone (337) 433-8504   Fax (337) 433-3196

**Barry A. Roach**
**Christopher S. LaCombe**
**Michael Schwartzberg***
**Larry A. Roach, III***
**Brooke A. Roach**

*(Lic. to Practice in TX and LA)

**Larry A. Roach (1932-2003)**
**Larry A. Roach, Jr. (1958-2018)**

September 29, 2021

Honorable Jon A. Gegenheimer
Jefferson Parish Clerk of Court
200 Derbigny Street, Suite 2400
Gretna, Louisiana 70053

RE: HARRY A. ROACH, MD
V.
METAIRIE PHYSICIAN SERVICES, INC., ET AL

Dear Mr. Gegenheimer:

Enclosed herewith please find an original and three (3) copies of our "PETITION FOR DAMAGES" to be filed with your office. Please file the original document into the record, serve the two named defendants and return a conformed copy of same to our office in the self-addressed stamped envelope, enclosed herein. Sent 10-4-21 sm

We have also enclosed the necessary payment(s) for filing fees and service.

Appreciative of your courtesies, I remain

Yours truly,

BARRY A. ROACH

BAR:td
Enclosures

FILED FOR RECORD 10/04/2021 15:19:33
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

Honorable Jon A. Gegenheimer
Jefferson Parish Clerk of Court
200 Derbigny Street, Suite 2400
Gretna, Louisiana 70053

Larry A. Roach, Inc.
A Professional Law Corporation
2917 Ryan Street
Lake Charles, Louisiana 70601

# Shelley M. Mauterer

**From:** Tammy Daigle <tdaigle@larryaroachinc.com>
**Sent:** Tuesday, October 5, 2021 9:32 AM
**To:** Shelley M. Mauterer
**Subject:** FW: CASE 821-528 DIVISION B

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.

Received this notification. We will mail it out today.

Tammy Daigle
Larry A. Roach, Inc.
2917 Ryan Street
Lake Charles, LA 70601
337-433-8504 - Telephone
337-433-3196 - Fax
tdaigle@larryaroachinc.com
http://theroachlawfirm.com



CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Larry A. Roach, Inc. and is confidential or privileged, and exempt from disclosure under applicable law. The information is intended to be solely for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by return email or telephone at (337) 433-8504.

**From:** Shelley M. Mauterer <SMauterer@jpclerkofcourt.us>
**Sent:** Monday, October 4, 2021 3:12 PM
**To:** Barry Roach <broach@larryaroachinc.com>
**Subject:** CASE 821-528 DIVISION B

IN REGARDS TO THE PETITION FOR DAMAGES FILED ON 10-4-21 CASE 821-528 DIVISION B
HARRY A ROACH MD
    VS
METAIRIE PHYSICIAN SERVICES INC, ET AL

WE NEED A CIVIL COVER SHEET FOR ALL DAMAGES SUITS. PLEASE FILL ONE OUT AND MAIL IT IN. JUST GIVE ME CONFIRMATION THAT YOU RECIEVED THIS EMAIL AND I CAN SEND THROUGH TO ISSUE SERVICE SO NOTHING IS HELD UP.

**\*\*PLEASE CONFIRM RECEIPT OF THIS EMAIL TO AVOID A COURTESY CALL\*\***

THANK YOU,

Shelley M. Mauterer
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

(101) CITATION: PETITION FOR DAMAGES; 211007-2347-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

HARRY A ROACH MD
   versus
METAIRIE PHYSICIAN SERVICES INC, METAIRIE PHYSICIAN SERVICES INC BASIC HEALTH PLAN, EAST JEFFERSON GENERAL HOSPITAL FOUNDATION

Case: 821-528   Div: "B"
P 1 HARRY A. ROACH MD

To: METAIRIE PHYSICIAN SERVICES INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

#47322 $39.36 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney BARRY A. ROACH and was issued by the Clerk of Court on the 7th day of October, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

## SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES; 211007-2347-3

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal   ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 10/07/2021 08:37 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

 [ SERVICE COPY ] / [RETURN COPY] 

(101) CITATION: PETITION FOR DAMAGES;  211007-2348-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

HARRY A ROACH MD
    versus
METAIRIE PHYSICIAN SERVICES INC, METAIRIE     Case: 821-528   Div: "B"
PHYSICIAN SERVICES INC BASIC HEALTH PLAN,     P 1 HARRY A. ROACH MD
EAST JEFFERSON GENERAL HOSPITAL
FOUNDATION

To:  EAST JEFFERSON GENERAL HOSPITAL
FOUNDATION
THROUGH ITS REGISTERED AGENT FOR SERVICE:
TAMMY SCHULZ
4200 HOUMA BLVD
METAIRIE LA 70001

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney BARRY A. ROACH and was issued by the Clerk of Court on the 7th day of October, 2021.

                /s/ Donna G. Muscarello
                Donna G. Muscarello, Deputy Clerk of Court for
                Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;  211007-2348-1

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal           ___ Domicilary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address       ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Harry A. Roach, MD                    Metairie Physician Services Inc, et al

vs.

FILED FOR RECORD 10/08/2021 12:37:04
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

Court: 24th JDC                         Docket Number: 821-528 Div. B    640

Parish of Filing: Jefferson Parish       Filing Date: 10/4/2021

Name of Lead Petitioner's Attorney: Barry A. Roach

Name of Self-Represented Litigant: _____

Number of named petitioners: 1           Number of named defendants: 2

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

Tort / Breach of Contract

Please briefly describe the nature of the litigation in one sentence of additional detail:
Action for recovery of damages for losses suffered

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Barry A. Roach           Signature: Barry A. Roach
Address: 2917 Ryan Street, Lake Charles, LA 70601
Phone number: 337-433-8504     E-mail address: broach@larryaroachinc.com

# Larry A. Roach, Inc.
A Professional Law Corporation
2917 Ryan Street
Lake Charles, Louisiana 70601
Telephone (337) 433-8504  Fax (337) 433-3196

**Barry A. Roach**
**Michael Schwartzberg***
**Larry A. Roach, III***
**Brooke A. Roach**

*(Lic. to Practice in TX and LA)

October 5, 2021

Larry A. Roach (1932-2003)
Larry A. Roach, Jr. (1958-2018)

Honorable Jon A. Gegenheimer
Jefferson Parish Clerk of Court
ATTN: Shelley Mauterer
200 Derbigny Street, Suite 2400
Gretna, Louisiana 70053

RE: HARRY A. ROACH, MD
V. NO. 821-528, DIV. B
METAIRIE PHYSICIAN SERVICES, INC., ET AL

Dear Mr. Gegenheimer:

Enclosed herewith please find Louisiana Civil Case Reporting Civil Case Cover Sheet that we overlooked sending in with the original petition filed on October 4, 2021.

Appreciative of your courtesies, I remain

Yours truly,

BARRY A. ROACH

BAR:td
Enclosure

**Larry A. Roach, Inc.**
A Professional Law Corporation
2917 Ryan Street
Lake Charles, Louisiana 70601

FILED FOR RECORD 10/08/2021 12:37:30
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

BATON ROUGE LA 707
5 OCT 2021 PM

02 1P
0007174492 OCT 05 2021
MAILED FROM ZIP CODE 70601
$000.53⁰
PITNEY BOWES
UNITED STATES POSTAGE

Jefferson Parish Clerk of Court
ATTN: Shelley Mauterer
200 Derbigny Street, Suite 2400
Gretna, Louisiana 70053

7005E-587500

 

FILED FOR RECORD 10/13/2021 14:21:15
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

[ SERVICE COPY ] / [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;     211007-2348-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

HARRY A ROACH MD
  versus
METAIRIE PHYSICIAN SERVICES INC, METAIRIE
PHYSICIAN SERVICES INC BASIC HEALTH PLAN,
EAST JEFFERSON GENERAL HOSPITAL
FOUNDATION

Case: 821-528    Div: "B"
P 1 HARRY A. ROACH MD

To: EAST JEFFERSON GENERAL HOSPITAL
FOUNDATION
THROUGH ITS REGISTERED AGENT FOR SERVICE:
TAMMY SCHULZ
4200 HOUMA BLVD
METAIRIE LA 70001

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney BARRY A. ROACH and was issued by the Clerk of Court on the 7th day of October, 2021.

                                       /s/ Donna G. Muscarello
                                       Donna G. Muscarello, Deputy Clerk of Court for
                                       Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;     211007-2348-1

Received: OCT 0 8 2021    Served: 10-11-21    Returned: 10-11-21

Service was made:
    ✓ Personal     ___ Domicilary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts _____ times
    ___ Vacant     ___ Received too late to serve
    ___ Moved     ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage $_____    Total: $_____
Completed by: P. Gallagher    # _____
          Deputy Sheriff
Parish of: _____

                                      P. GALLAGHER #117397
                                       J.P.S.O.

 [ SERVICE COPY ] [RETURN COPY] 

(101) CITATION: PETITION FOR DAMAGES;  211007-2347-3

FILED FOR RECORD 10/27/2021 12:37:19
Dianne A. Everage DY CLERK
JEFFERSON PARISH LA

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

HARRY A ROACH MD
  versus
METAIRIE PHYSICIAN SERVICES INC, METAIRIE
PHYSICIAN SERVICES INC BASIC HEALTH PLAN,
EAST JEFFERSON GENERAL HOSPITAL
FOUNDATION

Case: 821-528   Div: "B"
P 1 HARRY A. ROACH MD

To: METAIRIE PHYSICIAN SERVICES INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

#47322 $39.36 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney BARRY A. ROACH and was issued by the Clerk of Court on the 7th day of October, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;  211007-2347-3

Received:_____  Served:_____  Returned:_____

Service was made:
  ___ Personal       ___ Domicilary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant                 ___ Received too late to serve
  ___ Moved                  ___ No longer works at this address
  ___ No such address        ___ Need apartment / building number
  ___ Other _____

I made service on the named party through the
CT Corporation
OCT 18 2021
by tendering a copy of this document to
Ashley Minvielle

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1