UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY A. ROACH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2084** |
| **METAIRIE PHYSICIAN SERVICES INC.,** *et al.* | **SECTION M (4)** |

## ORDER

Considering the motion to dismiss with prejudice (R. Doc. 14),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff **HARRY A. ROACH** against all defendants are **DISMISSED** with prejudice, with defendants paying all costs.

New Orleans, Louisiana, this 23rd day of March, 2022.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**